UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>O. SHANE BALLOUN; BALLOUN LAW PROFESSIONAL CORPORATION,<br><br>Defendants. | CASE NO. 2:26-cv-02100-JHC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Emergency Motion for Extension of Time to Effectuate Service of Process Pursuant to FRCP 4(m). Dkt. # 11. Finding good cause for the reasons set forth in the motion, the Court GRANTS Plaintiff's motion at Dkt. # 11 and EXTENDS the service deadline in this action up to and including October 14, 2026.

The Court, however, notes that Plaintiff has failed to respond to Judge Tsuchida's June 22, 2026 Order to Show Cause at Dkt. # 7. *See generally* Dkt. Because Plaintiff is proceeding pro se and has now registered to file electronically, *see* Dkt. # 10, the Court believes it is warranted to give Plaintiff an additional opportunity to respond to such order. But it cautions Plaintiff that failure to respond to this order, or more generally, to comply with court deadlines moving forward, may result in dismissal of this case. It thus ORDERS Plaintiff to show cause,

no later than September 29, 2026: (1) why cause of action IV alleging a violation of the CPA should not be dismissed for failure to state a claim; (2) why cause of actions I, II and III should not be dismissed as duplicative of the suits Plaintiff states she filed in the Whatcom County Superior Court and the United States District Court for the District of Colorado, and why cause of action IV should not be dismissed as duplicative of the suit Plaintiff filed in the Whatcom County Superior Court; and (3) that the amount in controversy actually meets the $75,000 needed to invoke diversity jurisdiction.

The Court also DIRECTS the Clerk to renote Plaintiff's Motion at Dkt. # 4 for October 14, 2026.

Dated this 15th day of September, 2026.

John H. Chun
United States District Judge