UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>O. SHANE BALLOUN; BALLOUN LAW PROFESSIONAL CORPORATION,<br><br>Defendant. | CASE NO. 2:26-cv-02100-JHC<br><br>ORDER |

This matter comes before the Court on the Court's September 15, 2026 Order to Show Cause (Dkt. # 12) and Plaintiff's Response (Dkt. # 13). Based on Plaintiff's Response, the Court finds good cause to discharge its Order to Show Cause and to stay this action. Accordingly, the Court:

(1) DISCHARGES the Orders to Show Cause at Dkt. ## 7 & 12.

(2) STAYS this action through November 30, 2026. On or before that date, Plaintiff must either: (1) file a notice of voluntary dismissal with this Court; or (2) file a status report with this Court, indicating that she has elected to proceed in this forum and confirming dismissal of all other related actions. Failure to make such a timely filing may result in dismissal of this case.

(3) STAYS all existing case deadlines. If Plaintiff decides to proceed in this forum, Plaintiff shall be granted an additional 30 days after the stay is lifted to complete service of process and to file an amended complaint. The Court notes, however, that additional requests to extend these deadlines will likely not be viewed favorably.

(4) DIRECTS the Clerk to terminate the motion at Dkt. # 4. If Plaintiff decides to proceed in this forum, Plaintiff may ask the Court to re-note the motion for 30 days after the stay is lifted.

Dated this 30th day of September, 2026.

John H. Chun
United States District Judge